FILED:  December 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4670
(8:23-cr-00749-DCC-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOHNATHAN C. MCCASLAN

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Anderson |
| Originating Case Number | 8:23-cr-00749-DCC-1 |
| Date notice of appeal filed in originating court: | 12/16/2024 |
| Appellant(s) | Johnathan C McCaslan |
| Appellate Case Number | 24-4670 |
| Case Manager | Ganna M. Aboutabl 804-916-2702 |