APPEAL NO. 24-4670

# In The United States Court of Appeals for the Fourth Circuit

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee*,

versus

**JOHNATHAN C. MCCASLAN,**

*Defendant-Appellant.*

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, SPARTANBURG DIVISION. THE HONORABLE DONALD C. COGGINS, JR., PRESIDING

## SUPPLEMENTAL APPENDIX (VOLUME I)

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

WILLIAM J. WATKINS, JR.
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601

ATTORNEYS FOR APPELLEE

# **SUPPLEMENTAL APPENDIX**

# **TABLE OF CONTENTS**

Rice Street Envelope (Government Exhibit 4) ........................................................1

Rice Street Letter (Government Exhibit 5) ............................................................2

CFPD Evidence/Property (Government Exhibit 8) ..................................................3

Perry Hill Envelope (Government Exhibit 10) ........................................................4

Perry Hill Letter (Government Exhibit 11) ............................................................5

Timeline (Government Exhibit 27) ........................................................................6

Certificate of Service ..............................................................................................7



MCCASLAN_RESTRICTED_ACCESS_000947



> YOU THINK YOU CAN PRESS CHARGES AGAINST ME. I'VE ALREADY BEAT YOU AT YOUR ON GAME. I GOT CONNECTION TO. YOU CAN NOT TOUCH ME. I KNOW HOW DIRTY YOU ARE. YOU AND THAT DOG YOU LIVE WITH CAN KISS MY ASS. IF I SEE HER WHEN I WORK WITH HER AGAIN I WILL BEAT HER ASS. YOU WILL GET WHATS COMING TO YOU. YOU CAN NOT HIDE BEHIND THAT BADGE.

MCCASLAN RESTRICTED ACCESS 000948



GOVERNMENT EXHIBIT 5

2







PERRY I KNOW HOW DIRTY YOU ARE. YOU TRIED TO GET ME LOCKED UP. YOU TIRED TO GET MY KID IN TROUBLE. YOU WILL PAY FOR WHAT YOU DONE. I THOUGHT WE WERE BETTER THAN THAT. I'VE DONE FAVORS FOR YOUR FELLOW OFFICERS AND GET TREATED LIKE THIS. I WILL START TALKING IF I GO TO JAIL. TELL YOUR ASSISTANT CHIEF TO PAY ATTENTION.



GOVERNMENT EXHIBIT 11

MCCASLAN_RESTRICTED_ACCESS_000951

**34-21-0190 Timeline**
**SLED SS/A Slizewski**

### October 2021

**October 9, 2021** — Officer Jordan Smith stops Kimberly McCaslan at the Savannah Grill for Driving Under Suspension (DUS) (CFPD Case Number 2021-100053)

**October 21, 2021** — LLR Investigator Tracy Adams emailed APARAMEDIC01@HOTMAIL.COM requesting a statement from Kimberly McCaslan. (Email from Adams to APARAMEDIC01@HOTMAIL.COM)

**October 24, 2021** — Johnathan McCaslan reported his generator stolen from 661 E. Savannah St. CFPD Captain Perry Hill responded. (CFPD Case Number 2021-33384)

**October 27, 2021** — LLR received the statement, via mail. (Letter to LLR)

**October 27, 2021** — Johnathan McCaslan spoke with Asst. Chief Traeco Hoover. Asst. Chief Hoover told Johnathan McCaslan he planned to meet with a judge on Friday about warrants for Kimberly McCaslan for the generator. (Interview of Johnathan McCaslan-Time Stamp 24:32-25:41)

**October 29, 2021** — Officer Smith obtained warrants for Kimberly McCaslan for DUS and Giving False Information in reference to the October 9, 2021, incident. (CFPD Case Number 2021-100053)

**October 29, 2021, or October 30, 2021** — Johnathan McCaslan learns from Captain Hill and Officer Smith that CFPD attempted to obtain warrants related to the generator. Officer Smith told Johnathan McCaslan he was going to get warrants for Kimberly McCaslan for DUS and lying to an officer. (Interview of Johnathan McCaslan-Time Stamp 30:22-31:38)

### November 2021

**November 8, 2021** — While at the 7-Eleven Gas Station, Johnathan McCaslan told Officer Smith that Kimberly McCaslan was asking questions about Officer Smith at supervised visits with her children such as what his job duties were at the CFPD and why did the CFPD have a narcotics officer. (Interview of Officer Smith on November 9, 2021-Time Stamp 27:58-29:15)

**November 9, 2021** — Officer Smith and Tamera Lee received the letter in the mail at their residence, 318 Rice St. (Envelope/Letter)

**November 10, 2021** — Envelope addressed to CFPD was intercepted at the Calhoun Falls Post Office. (Envelope/Letter)



# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NUMBER 24-4670 |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHNATHAN C. MCCASLAN, ) | |
| ) | |
| Appellant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

CHRISTOPHER W. ADAMS  
Adams & Bischoff, LLC  
171 Church Street, Suite 360  
Charleston, SC 29401  
Telephone: (843) 277-0090  
E-mail: adams.c@me.com

MATTHEW K. WINCHESTER  
Law Offices of Matthew K. Winchester  
3151 Maple Drive, NE  
Atlanta, Georgia 30305  
Telephone: (678) 517-6894  
E-mail: K.winchestercb@gmail.com

BY: *s/William J. Watkins, Jr.*  
William J. Watkins, Jr. (Fed.ID.#07863)  
Assistant United States Attorney  
55 Beattie Place, Suite 700  
Greenville, South Carolina 29601  
(864) 282-2100