# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 24, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No. 24-4670,   <u>US v. Johnathan McCaslan</u>
              8:23-cr-00749-DCC-1

TO:    Johnathan C. McCaslan

BRIEF OR JOINT APPENDIX CORRECTION DUE:  September 29, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [ X ] Paper copies of the appendix must be securely bound down the left side (binding was at the top), and printed double-sided |

T. Barton, Deputy Clerk
804-916-2702