# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 8, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No. 24-4670,    <u>US v. Johnathan McCaslan</u>
8:23-cr-00749-DCC-1

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 10/10/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

**A docket correction was issued on 09/24/2025 for the paper copies of the appendix, which were bound at the top instead of the left side, and were not printed double-sided.**

| Document | No. of Copies | Required From: |
|---|---|---|
| Joint Appendix | 4 | Appellant |

/s/ NWAMAKA ANOWI, CLERK